Nos. 04-02-00399-CV and 04-02-00400-CV



IN RE Erbey FLORES,





Original Mandamus Proceedings

From the 293rd Judicial District Court, Zavala County, Texas


Trial Court No. 90-07-02295-CR


Honorable Cynthia L. Muniz, Judge Presiding



Per Curiam


Sitting: Catherine Stone, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: June 28, 2002


PETITIONS FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

 On June 10, 2002, relator, Erbey Flores, filed two petitions for writ of mandamus. In his first,
Flores requests this court to order the Zavala County District Clerk to file his request for DNA
testing. In his second, Flores asks this court to compel Randy Batten, Director of the Texas
Department of Public Safety, to provide him a copy of his DNA test results. We have no mandamus
jurisdiction over district clerks or the Texas Department of Public Safety unless it is shown the
issuance of the writ is necessary to enforce our jurisdiction. See Tex. Gov't Code Ann. § 22.221(a),
(b) (Vernon Supp. 2002); In re Coronado, 980 S.W.2d 691, 692 (Tex. App.-San Antonio 1998, orig.
proceeding); Summit Savings Ass'n v. Garcia, 727 S.W.2d 106, 107 (Tex. App.-San Antonio 1987,
orig. proceeding). Relator has made no such allegation or showing. We therefore dismiss the
petitions for want of jurisdiction.


 Per Curiam


DO NOT PUBLISH